cal  sc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISABETH LANGLEY, ) | Civil No.05cv2265 TW (AJB) |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING TELEPHONIC |
| ) | CASE MANAGEMENT CONFERENCE |
| CHECK GAME SOLUTIONS, INC.; ) | |
| CATHERINE M. KEY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Due to the pending motions before Judge Whelan, the September 4, 2007 telephonic Case Management Conference is hereby continued to ***October 11, 2007 at 9:30 a.m.***  Counsel for plaintiff remains responsible for initiating the conference call.

IT IS SO ORDERED.

DATED:  August 29, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court